UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Lori Wigod
                        Plaintiff,

v.                                                     Case No.: 1:19–cv–00391
                                                      Honorable Manish S. Shah

Ocwen Loan Servicing, LLC
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 4, 2019:

      MINUTE entry before the Honorable Manish S. Shah: The briefing schedule on plaintiff's motion to remand [11] is as follows: defendant's response is due 4/1/19; plaintiff's reply is due 4/22/19. A status hearing is set for 6/4/19 at 9:30 a.m. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.